THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
SAMUEL W. SILVERMAN, PLAINTIFF IN ERROR.

Argued October 16, 1935—Decided January 31, 1936.

For the plaintiff in error, *Perkins, Drewen & Nugent*.

For the defendant in error, *John J. Breslin*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL RAFFERTY, JJ. 10.

*For reversal*—None.